1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  LYNETTE REID,                                    CASE NO. 1:09-cv-1200-MJS (PC)

10                          Plaintiff,              ORDER REQUIRING PLAINTIFF TO FILE
                                                    OPPOSITION OR STATEMENT OF NON-
11          v.                                      OPPOSITION TO DEFENDANT'S MOTION

12  PUBLIC SAFETY CENTER, et al.,                   (ECF No. 17)

13                          Defendants.             PLAINTIFF'S RESPONSE DUE 12/27/10
                                               /
14

15          On October 20, 2010, Defendant filed a Motion to Dismiss.  (ECF No. 17.)  Plaintiff

16  was required to file an opposition or a statement of non-opposition to the motion within

17  twenty-one days, but has not done so.  Local Rule 78-230(m).

18          Accordingly, not later than **December 27, 2010**, Plaintiff must file an opposition or

19  a statement of non-opposition to Defendant's Motion to Dismiss.  If Plaintiff fails to comply

20  with this order, this action will be dismissed for failure to obey the Court's order and failure

21  to prosecute.

22
23
24

25  IT IS SO ORDERED.

26  Dated:    November 26, 2010          /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE
27
28

1