# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE REID,<br><br>           Plaintiff,<br><br>    v.<br><br>PUBLIC SAFETY CENTER, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-1200-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS AND DISMISSING DEFENDANT PUBLIC SAFETY CENTER<br><br>(ECF Nos. 17 & 22) |

      Plaintiff Lynette Reid, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 24, 2011, the Magistrate Judge filed a Findings and Recommendation herein which was served on Plaintiff and contained notice that any objection to the Findings and Recommendation was to be filed within thirty days. More than thirty days have passed and neither party has filed an Objection.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 24, 2011, is adopted in full;
2. Defendant Kanuck's Motion to Dismiss is DENIED;
3. Defendant Stanislaus County's Motion to Dismiss is GRANTED;
4. All claims against Stanislaus County (named as Public Safety Center) are DIMISSED;
5. The County (named as Public Safety Center) is DISMISSED as a party-Defendant to this action; and
6. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   April 13, 2011

CHIEF UNITED STATES DISTRICT JUDGE