# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE REID, | CASE NO. 1:09-CV-01200-AWI-MJS PC |
| Plaintiff, | STIPULATION AND ORDER DISMISSING DEFENDANT DEPUTY KANUCK |
| v. | |
| PUBLIC SAFETY CENTER, et al., | |
| Defendants. / | |

    Plaintiff, Lynette Reid, and Defendant, Deputy Kanuck, by and through his attorney Dan Farrar, stipulate that the complaint against Deputy Kanuck be dismissed. Each side will bear their own fees and costs.

Date: January 20, 2012           Original Signature retained by Dan Farrar

_____    Lynette Reid, Plaintiff

Date: January 20, 2012           /s/ Dan Farrar
                                                           _____
                                                           Dan Farrar
                                            Attorney for Defendant, Dep. Kanuck

## O R D E R

IT IS SO ORDERED.

Dated: February 8, 2012            _____
                                              CHIEF UNITED STATES DISTRICT JUDGE