UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE REID,<br><br>        Plaintiff,<br><br>   v.<br><br>PUBLIC SAFETY CENTER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-CV-01200-AWI-MJS PC<br><br>STIPULATION AND ORDER DISMISSING DEFENDANT DEPUTY KANUCK |

     Plaintiff, Lynette Reid, and Defendant, Deputy Kanuck, by and through his attorney Dan Farrar, stipulate that the complaint against Deputy Kanuck be dismissed. Each side will bear their own fees and costs.

Date:  January 20, 2012                      Original Signature retained by Dan Farrar

_____
                                                             Lynette Reid, Plaintiff

Date:  January 20, 2012                      /s/ Dan Farrar
                                                        _____
                                                              Dan Farrar
                                                  Attorney for Defendant, Dep. Kanuck

<u>O R D E R</u>

IT IS SO ORDERED.

Dated:  February 8, 2012                   _____
                                          CHIEF UNITED STATES DISTRICT JUDGE