UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE REID, | CASE No. 1:09-cv-01200-AWI-MJS (PC) |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE |
| v. | (ECF No. 38) |
| PUBLIC SAFETY CENTER, et al., | ALL SCHEDULED DATES VACATED |
| Defendants. | CLERK DIRECTED TO CLOSE FILE |

    Plaintiff Lynette Reid is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff was ordered to show cause by not later than June 21, 2013 why this action should not be dismissed for her failure to comply with the Court's Scheduling and Pretrial Orders. (ECF No. 38.)

    The June 21, 2013 deadline passed without Plaintiff responding to the Court's Order to Show Cause. Having considered the appropriate factors, the Court finds that this case should be dismissed for failure to obey court orders and failure to prosecute. See Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir.1995); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992); Henderson v. Duncan, 779 F.2d 1421, 1423-24 (9th Cir. 1986).

1     Accordingly, it is HEREBY ORDERED that:

2     1.     This action is DISMISSED;

3     2.     All scheduled dates are VACATED; and

4     3.     The Court Clerk is directed to CLOSE the file.

6 IT IS SO ORDERED.

7 Dated:    June 21, 2013

8                                   SENIOR DISTRICT JUDGE